UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-M-1023-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Valerie Georgette Atkinson** | ) | |

On this the 20th day of August, 2010, comes Djoni B. Barrett, U.S. Probation Officer, in open court at Wilmington, North Carolina, who shows the court that Valerie Georgette Atkinson appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 14, 2010, and pursuant to an earlier plea of guilty to Larceny of Government Property, was sentenced to a 12 month term of probation.

From evidence presented, the court finds as a fact that Valerie Georgette Atkinson, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to report to the probation officer as directed by the court or probation officer.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 days; credit for time served.

**IT IS FURTHER ORDERED** that the defendant be released from custody, and the defendant be placed on supervised release for a term of 12 months under the standard conditions of supervised release and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Valerie Georgette Atkinson
Docket No. 7:10-M-1023-1
Judgment
Page 2

3. The defendant shall not go on Camp Lejeune or New River Military Reservations during the supervised release period.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 20th day of August, 2010.

                                              Robert B. Jones, Jr.
                                              U.S. Magistrate Judge