UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-M-1023-1

| | |
|---|---|
| United States Of America ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| Valerie Georgette Atkinson ) | |

On this the 22nd day of November, 2010, comes Djoni B. Barrett, U.S. Probation Officer, in open court at Wilmington, North Carolina, who shows the court that Valerie Georgette Atkinson appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, with counsel on August 20, 2010, at which time the Court revoked the probation sentence imposed on April 14, 2010, and ordered that the defendant serve 5 days in the custody of the Bureau of Prisons, and be placed on supervised release for 12 months upon release from imprisonment. Valerie Georgette Atkinson was released from custody and the term of supervised release commenced on Friday, August 20, 2010.

From evidence presented, the court finds as a fact that Valerie Georgette Atkinson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 months.

The sentence is imposed as a deterrent to future criminal activity and to promote respect for the law.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 22nd day of November, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge